**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Karen Wilson,

Plaintiff,

vs.

**DISMISSAL**

Accent Insurance Recovery Solutions
and Omnium Worldwide, Inc.,

Defendants.

COURT FILE NO. 00-CV-2338 PAM/RLE

The above entitled matter having been compromised and settled, Plaintiff, through her attorney, dismisses the same with prejudice and without costs to either party.

James I. Roberts
Attorney for Plaintiff
5280 Southeast 15th Avenue
St. Cloud, Minnesota 56304
(320) 253-4582
Reg. No. 216343

**ORDER**

WHEREAS, in consideration of the Dismissal filed by Plaintiff's attorney, IT IS ORDERED, that the above captioned case is dismissed with prejudice and without costs to either party.

Dated: December 4, 2000

Paul A. Magnuson
U.S. District Judge

FILED DEC 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK